In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-110 CR


NO. 09-03-111 CR


NO. 09-03-112 CR


____________________



MICHELLE STANDLEY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 81654, 82137 and 87170






MEMORANDUM OPINION (1)


 We have before the Court motions from the appellant, Michelle Standley, to
withdraw her appeals pursuant to Tex. R. App. P. 42.2. The motions are signed by
appellant personally and counsels of record are aware of the motions. No opinions have
issued in these appeals.

 The motions are GRANTED and the appeals are therefore DISMISSED.

 PER CURIAM


Opinion Delivered April 24, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.